1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7 HELI H MASHRIQUE,

Case No.  4:21-cv-07033-KAW

Plaintiff,

8

ORDER TO SHOW CAUSE

v.

9

10 HAROON KHAN AFRIDI,

Defendant.

11

12

13         This action was filed on September 10, 2021. (Dkt. No. 1.)  Pursuant to Rule 4(m) of the

14 Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and

15 summons on Defendant, such that November 9, 2021 was the last day to complete service or to

16 file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.  To date, no

17 proof of service has been filed.  The Case Management Conference (CMC), originally scheduled

18 for December 14, 2021, was continued to February 15, 2022, because Defendant had not been

19 served 7 days prior to the original CMC date. (Dkt. No. 7.)  Plaintiff did not file the case

20 management statement 7 days prior nor has Plaintiff requested that the CMC be continued to a

21 later date.

22         IT IS HEREBY ORDERED that by no later than March 4, 2022, Plaintiff shall show cause

23 why this matter should not be dismissed for failure to comply with the deadline to complete

24 service on Defendant or to file a Motion for Administrative Relief.  Plaintiff shall also file a

25 certificate of service or file a motion for administrative relief by March 4, 2022.  If Plaintiff does

26 not timely respond to this order to show cause and file a certificate of service or administrative

27 motion, this case may be referred to a district judge with the recommendation that it be dismissed

28 for failure to prosecute.

United States District Court
Northern District of California

1        IT IS FURTHER ORDERED that the case management conference set for February 15,

2  2022 is continued to April 26, 2022.  The joint case management statement is due on or before

3  April 15, 2022.

4        IT IS SO ORDERED.

5  Dated: February 10, 2022

6  

7  KANDIS A. WESTMORE
   United States Magistrate Judge

United States District Court
Northern District of California